No. 1148. SCHMEUSSER *v.* KATZENBACH, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari denied. *Leslie L. Conner* and *James M. Little* for petitioner. *Solicitor General Marshall* for respondents. 

No. 1149. NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH *v.* D & L CONSTRUCTION CO. & ASSOCIATES ET AL. C. A. 8th Cir. Certiorari denied. *Douglas Stripp* and *Landon H. Rowland* for petitioner. *Rodger John Walsh* for respondents. 

No. 1157. KOVACS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *McGrew Willis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Joseph Kovner* for the United States. 

No. 1159. CONSOLIDATED EDISON CO. OF NEW YORK, INC. *v.* SCENIC HUDSON PRESERVATION CONFERENCE ET AL. C. A. 2d Cir. Certiorari denied. *Randall J. LeBoeuf, Jr.,* for petitioner. *Lloyd K. Garrison, Samuel L. Slutzky, Simon H. Rifkind* and *Theodore C. Sorensen* for respondent Scenic Hudson Preservation Conference et al., in support of the petition. *Solicitor General Marshall* and *Richard A. Solomon* for respondent Federal Power Commission. 

No. 1161. GOODYEAR TIRE & RUBBER CO. *v.* COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. *Francis C. Browne* and *Thomas D. Caine* for petitioner. *Solicitor General Marshall* for respondent.